**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK

February7, 2022

LeAnna Wilson
Clerk of the Court

800 Market Street, Suite 130
Knoxville, TN 37902

Christopher C. Field
Chief Deputy Clerk

(865) 545-4228

Hamilton County General Session Court
102 Courts Building
600 Market Street
Chattanooga, TN 37402

RE:     Redemption to the Nations  v. Progressive Investments et al.; 1:21-cv-260

To Whom It May Concern:

The above styled case has been remanded to you pursuant to an Order of this Court signed by United States District Judge Thomas A. Varlan on February 7, 2022. Enclosed please find a certified copy of the Final Order remanding this case and also a certified copy of the entire docket sheet.  Please date stamp the enclosed copy of this letter and return it in the envelope provided.

Sincerely,

LeAnna Wilson, Clerk


BY: s/A. Foster_____
        Deputy Clerk
/abf
Enclosures